UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN, | 3:06-CV-482-LDG (RAM) |
| Plaintiff, | <u>MINUTES OF THE COURT</u> |
| vs. | June 12, 2007 |
| ESMAIL ZANJANI, et al., | |
| Defendants. | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>          REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Motion for Stay of Discovery and/or Protective Order and Request for Order Shortening Time (Doc. #54).

In view of the decision of Judge Hunt in Case No. 3:06-CV-0585 (Doc. #81) it appears that good cause exists for the granting of this Motion.

Defendants' Motion for Stay of Discovery and/or Protective Order and Request for Order Shortening Time (Doc. #54) is <u>GRANTED</u>.   Discovery in this case is <u>STAYED</u> pending a decision on Defendants' Motion to Dismiss (Doc. #10). Following a decision on that Motion, if necessary, the court will hold a scheduling conference and set new dates for the Discovery Plan and Scheduling Order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:   /s/
Deputy Clerk