UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:06-CV-482-LDG (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | July 14, 2009 |
| | ) | |
| ESMAIL ZANJANI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed an Ex Parte Emergency Motion for an Order Approving Termination of Counsel and Approving Plaintiff's Pro Se Representation in this Matter (Doc. #110). This Motion does not comply with LR 7-5 concerning ex parte motions in that it does not "contain a statement showing good cause why the matter was submitted to the court without notice to all parties."

    The Ex Parte Emergency Motion (Doc. #110) shall be <u>STRICKEN</u>.

    If Mr. Hussein wants the court to consider the subject matter he should file a Motion with the court along with a Certificate of Service that it has been properly served on all parties.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:        /s/
Deputy Clerk