# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>    Plaintiff,<br><br>v.<br><br>ESMAIL ZANJANI, et al.,<br><br>    Defendants. | 3:06-cv-0482-LDG-RAM<br><br>**ORDER** |

Plaintiff has filed an emergency motion for sanctions (#89, response #95, reply #99) contending that defendants lied to the court in their previous motion for judgment on the pleadings.

THE COURT HEREBY ORDERS that plaintiff's emergency motion (#89) is DENIED.

DATED this ___ day of September, 2009.

_____
Lloyd D. George
United States District Judge