UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>    Plaintiff,<br><br>v.<br><br>ESMAIL ZANJANI, et al.,<br><br>    Defendants. | 3:06-cv-0482-LDG-RAM<br><br>**ORDER** |

The court has considered plaintiff's motion for sanctions against defendants and defense counsel (#130) and defendants' motion for sanctions and to strike motion for sanctions (#133). The court finds that defendants have shown cause. Plaintiff's charges of perjury, subordination of perjury, and other fraud by counsel and others are out-of-place, unsupportable and vexatious. The determination of the issues and facts in this case will be governed by burdens placed by law on the parties. Therefore, plaintiff should focus on the merits of the issues and facts, rather than perceived misconduct, in prosecuting this litigation. If plaintiff continues with the vexatious filings for sanctions exhibited in this case and others, the court will consider more taxing measures to control the docket, including imposition of monetary sanctions.

THE COURT HEREBY ORDERS that defendants' motion for sanctions and to strike motion for sanctions (#133) is GRANTED to the extent that plaintiff's motion for sanctions (#130) is STRICKEN.

THE COURT FURTHER ORDERS that given the court's ruling (#136) on plaintiff's previous motion for sanctions, defendants' motion to strike (#132) is DENIED as moot.

THE COURT FURTHER ORDERS that plaintiff's emergency motion for to file exhibit under seal (#134) and emergency motion allowing late filing of response (#135) are DENIED.

DATED this 23 day of September, 2010.

_____
Lloyd D. George
United States District Judge