# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN FREDERICK, et al.,<br><br>    Defendants. | 2:06-cv-0482-LDG-RAM<br><br>**ORDER** |

    Plaintiff has filed notice of withdrawal (#158) of his Second Amended Complaint pursuant to Judge Mahan's August 3, 2010 contempt order (No. 3:04-cv-JCM-RAM, #878). Accordingly,

    THE COURT HEREBY ORDERS that this case is DISMISSED.

    DATED this _31_ day of January, 2011.

                                                   _____<br>
                                               Lloyd D. George<br>
                                               United States District Judge